UNITED STATES of America,
Plaintiff–Appellee,

v.

Steven LORENZO, a.k.a, DomDudeFor-Sub, a.k.a. Constrman, a.k.a. TpaAntonio, a.k.a. CobblestoneHome, a.k.a. TmpaBlues, a.k.a. Anthony, Defendant–Appellant.

No.  06–11003.

United States Court of Appeals, Eleventh Circuit.

Sept. 16, 2008.

David Paul Rhodes, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Ellis Rexwood Curry, Tampa, FL, for Defendant–Appellant.

Before ANDERSON, BARKETT and HILL, Circuit Judges.

PER CURIAM:

After oral argument and careful consideration, we readily conclude that the judgment of the district court is due to be affirmed, both as to defendant's conviction and sentence. Defendant's interstate commerce argument is foreclosed by precedent; moreover, the evidence indicates that defendant obtained the drugs via the internet and the United States mail. There was ample evidence to support the jury's verdict of conviction on all counts. The district court did not plainly err in considering the hearsay testimony concerning Schweickert's statements at sentencing. Defendant's other arguments on appeal are also wholly without merit, and are rejected without need for further discussion.

AFFIRMED.